Rocco Brugno, Respondent, v. " Jacob " Meiselman, First Name " Jacob " Being Fictitious, Real First Name Unknown to Plaintiff, Doing Business under the Firm Name and Style of Mohegan Furniture Corporation, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The order was improperly made for the reason that its effect is to bring in a new party — a defendant who has not been brought into court in this action. (*Gray* v. *Vought & Co.*, 216 App. Div. 230.) Rich, Young, Seeger and Scudder, JJ., concur. Lazansky, P. J., dissents.

James Connelly, Respondent, v. Richmond Light and Railroad Company, Appellant. Thomas J. Carroll, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Carolyn H. Dickinson, Respondent, v. Frederick A. Dickinson, Appellant. — Order modified by reducing the amount of counsel fee from $4,000 to $3,000, payable $2,000 within ten days from the entry of the order herein, and $1,000 upon the morning of the trial of any issue of fact in the action. As so modified the order is affirmed, without costs. Lazansky, P. J., Rich and Carswell, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm without modification.

Oscar End, Respondent, v. Annie End, Appellant.— Order reversed upon the law, with costs, verdict reinstated and judgment directed to be entered thereon, with costs. In our opinion the evidence introduced by defendant as to her relations with plaintiff was properly received as showing conduct on his part inconsistent with his claim. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.